IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHEL THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-3902 |
| | § | |
| LINK STAFFING, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATIONS

This court has reviewed the two Memorandum and Recommendations of the United States Magistrate Judge signed on January 8, 2019, and the objections filed by the plaintiff, Michel Thomas, and made a *de novo* determination. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendations as this court's Memorandum and Order. The court grants the defendants' motions to dismiss, with prejudice, Thomas's claims against Link Staffing for age discrimination and retaliation, for religious discrimination and retaliation, and for sex discrimination and hostile work environment, and to dismiss Thomas's claim against Christine O'Brien for racial discrimination. The court denies the defendants' motions to dismiss Thomas's racial-discrimination claim against Link Staffing and his race-based retaliation claims against both Link Staffing and O'Brien. (Docket Entry Nos. 13, 21).

SIGNED on February 7, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge