United States District Court
Southern District of Texas
**ENTERED**
August 04, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHEL THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-17-3902 |
| | § | |
| LINK STAFFING SERVICES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING THE MEMORANDUM AND RECOMMENDATION

Based on a de novo review of the memorandum and recommendation issued on July 8, 2020, by United States Magistrate Judge Christina A. Bryan, (Docket Entry No. 80), this court adopts it as this court's own memorandum and opinion. The plaintiff, Michel Thomas, did not object to the memorandum and recommendation.

The defendants' motion for summary judgment, (Docket Entry No. 77), is granted. The court holds that Thomas did not present a *prima facie* case of race discrimination or retaliation under Title VII or 42 U.S.C. § 1981; Thomas cannot bring a "pattern and practice" of discrimination claim in an individual, non-class-action suit; and he has not raised a factual dispute material to determining pretext.

The court dismisses the case with prejudice and will enter final judgment by separate order.

SIGNED on August 3, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge